UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JEROME D BROWN, | § |
| | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. C-07-474 |
| | § |
| E CASTRO, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Dismiss, the Court renders final judgment dismissing this action.

SIGNED and ORDERED this 10th day of January, 2008.

_____
Janis Graham Jack
United States District Judge